# Supreme Court of Florida

THURSDAY, DECEMBER 31, 2020

**CASE NO.: SC18-2061**
Lower Tribunal No(s).:
571998CF000270XXAXMX

JONATHAN HUEY LAWRENCE     vs.     STATE OF FLORIDA

| Appellant(s) | Appellee(s) |
|---|---|

Appellant's Motion for Rehearing is hereby denied.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, and COURIEL, JJ., concur.
LABARGA, J., concurs with an opinion.
GROSSHANS, J., did not participate.

LABARGA, J., concurring.

I agree that Lawrence has not established a basis for rehearing, and consequently, I have voted to deny rehearing. However, I firmly adhere to my dissent in *Lawrence v. State*, 45 Fla. L. Weekly S277 (Fla. Oct. 29, 2020), and my belief that proportionality review is an essential part of this Court's review of death penalty cases on direct appeal.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

**CASE NO.:** SC18-2061
Page Two


so
Served:

CHARMAINE M. MILLSAPS
BARBARA J. BUSHARIS
HON. JOHN L. MILLER, CHIEF JUDGE
JOHN A. MOLCHAN
HON. DONALD C. SPENCER, CLERK
HON. DAVID HAROLD RIMMER